United States District Court
Southern District of Texas
**ENTERED**
October 22, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| BALVIR SINGH,<br>Petitioner, | §<br>§<br>§ | |
| VS. | § | CIVIL ACTION NO. 5:26-CV-01056 |
| DAVID VENTURELLA, MARKWAYNE MULLIN, ET AL.,<br>Respondents. | §<br>§<br>§<br>§ | |

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

This case is hereby **REFERRED** to United States Magistrate Judge Brian C. Bajew for the following purpose(s):

(_____) Plenary pre-trial handling.

(_____) Ruling on non-dispositive motion(s).

(_____) Findings of Fact and Recommendations of Law on dispositive motion(s).

**(__X__) Report & Recommendation of Dkt. No. 7; Federal Respondents' Response to Petitioner's Petition for Writ of Habeas Corpus and Motion for Summary Judgment.**

It is so **ORDERED**.

**SIGNED** on October 22, 2026.

John A. Kazen
United States District Judge