United States District Court
Southern District of Texas
**ENTERED**
October 22, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| BALVIR SINGH, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:26-CV-1056 |
| | § | |
| DAVID VENTURELLA, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

Pending before the Court is Respondents' Response to Petitioner's Petition for Writ of Habeas Corpus and Motion for Summary Judgment, (Dkt. No. 7), which has been referred to the Undersigned by order of United States District Judge John A. Kazen, (Dkt. No. 17).

Accordingly, the Courts **SETS** a hearing on **October 28, 2026, at 10:00 a.m. before the Undersigned via video teleconference**. The purpose of the hearing will be to discuss the Response as well as Petitioner's background, to include when he entered the United States, length of residence in the United States, familial ties to the United States, education and employment history, and relevant criminal history.

**IT IS SO ORDERED**.

**SIGNED** on October 22, 2026.

Brian C. Bajew
United States Magistrate Judge