United States District Court
Southern District of Texas
**ENTERED**
October 26, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| BALVIR SINGH, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:26-CV-1056 |
| | § | |
| DAVID VENTURELLA, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER**

Pending before the Court is Respondents' Response to Petitioner's Petition for Writ of Habeas Corpus and Motion for Summary Judgment, (Dkt. No. 7), which has been referred to the Undersigned by order of United States District Judge John A. Kazen, (Dkt. No. 17). In light of the Fifth Circuit's opinion in *Rodriguez v. Vergara*, No. 26-50183, 2026 WL 3181188, at *1–14 (5th Cir. Oct. 23, 2026), the hearing set for October 28, 2026 at 10:00 a.m. is hereby **CANCELLED**.

**IT IS SO ORDERED**.

**SIGNED** on October 26, 2026.

Brian C. Bajew
United States Magistrate Judge